# EXHIBIT C

| | |
|---|---|
| **From:** | OCA FOIA <OCAFOIA@sba.gov> |
| **Sent:** | Friday, October 14, 2022 2:51 PM |
| **To:** | Gupta, Manju |
| **Subject:** | U.S. Small Business Administration (SBA) Response to Freedom of Information Act (FOIA) Request re: SBA-2022-007775 |

Dear Mr. Gupta,

This is to inform you that due to the COVID-19 pandemic and the need to consult, with all practicable speed, among two or more components of the Administration having a substantial interest in the determination of the request we are taking a 10-workday extension under 13 C.F.R. §102.5. We estimate providing a final response to you on October 31, 2022; however, please note this date may be subject to change. We will notify you of any changes to this date.

Sincerely,

Office of Capital Access