# EXHIBIT K

## Sent Messages

**Request NumberSBA-2023-003385**

| Subject | Message(s) | Date Sent |
|---|---|---|
| Agreement to Pay Fees ..... | August 21, 2023 Chief...... | 08/21/2023 04:45:15 PM |



950 Main Avenue, Suite 1100 | Cleveland, OH 44113 | TEL 216.592.5000 | FAX 216.592.5009

August 21, 2023

DIRECT DIAL 216.696.5456 | Manju.Gupta@tuckerellis.com

**VIA ELECTRONIC MAIL: FOIA@sba.gov**

Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
409 Third St. SW, Eighth Floor
Washington, DC 20416

      Re:    *FOIA Request for Restaurant Revitalization Fund Data*
             Reference No: SBA-2023-003385
             Submitted: July 21, 2023
             **Agreement to Pay Processing Fees Exceeding $50.00**

Dear Information Officer:

      In response to the email received today, August 21, 2023, from OCA FOIA, stating that the amount of processing fees for FOIA Request No. SBA-2023-003385 are estimated to be $100.00, please consider this letter my formal agreement to pay any and all fees which are incurred in responding to the above FOIA request, over and above $50.00. Please invoice me for charges incurred.

      To expedite the release of the requested documents, please disclose them on an interim basis in **electronic format** as they become available to you, without waiting until all the documents have been processed. If you have any questions regarding my request, including scope, please contact me at manju.gupta@tuckerellis.com.

      Thank you for your assistance in this matter.

                                                 Sincerely,

                                               TUCKER ELLIS LLP

                                               Manju Gupta

MG:rel

**Gupta, Manju**

| | |
|---|---|
| From: | Gupta, Manju |
| Sent: | Monday, August 21, 2023 3:37 PM |
| To: | OCA FOIA |
| Subject: | RE: U.S. Small Business Administration (SBA) Response to Freedom of Information Act (FOIA) Request re: SBA-2023-003385 |

I agree to pay the processing fee of $100.

Thank you,
Manju

**Manju Gupta | Attorney | Tucker Ellis LLP**
950 Main Avenue Suite 1100| Cleveland, OH 44113-7213
Direct: 216-696-5456 | Fax: 216-592-5009 | Mobile: 216-973-4453
Manju.Gupta@tuckerellis.com      Online biography
tuckerellis.com

This e-mail is sent by the law firm of Tucker Ellis LLP and may contain information that is privileged or confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately by return email.

**From:** OCA FOIA <OCAFOIA@sba.gov>
**Sent:** Monday, August 21, 2023 3:33 PM
**To:** Gupta, Manju <Manju.Gupta@tuckerellis.com>
**Subject:** U.S. Small Business Administration (SBA) Response to Freedom of Information Act (FOIA) Request re: SBA-2023-003385

<<< EXTERNAL EMAIL >>>

Dear Manju Gupta,

We are writing today regarding your FOIA request, received in this office on May 8, 2023, and assigned case number SBA-2023-003385. The estimated costs of processing your FOIA request exceed your current willingness to pay $50.00. We estimate processing fees to total $100.00. Please note this fee estimate is subject to change depending on the volume of responsive records.

Please reply to this correspondence by providing written assurance of your willingness to pay $100.00 no later than September 18, 2023. Alternatively, you may do one of the following: 1) ask us to process your request up to the amount you have previously agreed to pay ($50.00); 2) reduce the scope of your request to limit the amount of time and/or duplication that would be required to process your request, such that processing fees do not exceed the amount you have agreed to pay; or 3) withdraw your request. According to our regulations, if we do not receive your written response within 20 business days from the date of this letter, we will consider you to no longer be interested in pursuing your request, and we will close the case file in this office. See Standard Operating Procedure (SOP) 40 03 3, "Disclosure of Information" (August 4, 2004)..

If you are not satisfied with this action, you may appeal this decision to the Chief, Freedom of Information/Privacy Acts Office, U.S. Small Business Administration, 409 Third St., SW, Washington, DC 20416. You must submit an appeal within 90 calendar days of the date of the notice of denial. The appeal should contain a description of the information

requested and denied, the name and title of the SBA official or employee who denied the request, the reason for the denial, and any other facts you deem appropriate.

Please be advised that the 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation.

You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road – OGIS
College Park, MD 20740-6001
E-mail: ogis@nara.gov
Telephone: 202-741-5770
Toll-free: 1-877-684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the SBA's FOI/PA Officer.

Sincerely,
Office of Capital Access