UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| W6 RESTAURANT GROUP, LTD. et al., | ) ) ) | CASE NO.: 1:23CV1735 |
| | ) | JUDGE BRIDGET M. BRENNAN |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| U.S. SMALL BUSINESS ADMINISTRATION, | ) ) ) | **JOINT MOTION TO STAY** |
| Defendant. | ) ) | |

The W6 Restaurant Group, Ltd., et al. ("Plaintiffs"), and the United States Small Business

Administration ("Defendant") jointly notify the Court that the parties have reached a tentative

agreement to resolve the outstanding issues in this case. The parties respectfully request that this

Court stay all proceedings, including a decision on summary judgment, in order to permit the

parties to finalize a settlement. Once the parties are able to finalize a settlement, the parties will file

a stipulated notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii).

Respectfully submitted,


DAVID M. TOEPFER
United States Attorney

By:  */s/ Ruchi V. Asher*            */s/ Manju Gupta*
  RUCHI V. ASHER (#0090917)   Manju Gupta (0076452)
  LISA HAMMOND JOHNSON   Melissa Z. Kelly (0077441)
  (#0061681)   TUCKER ELLIS LLP
  Assistant United States Attorneys   950 Main Avenue—Suite 1100
  United States Court House   Cleveland, OH 44113-7213
  801 West Superior Ave., Suite 400   Telephone: 216.592.5000
  Cleveland, Ohio 44113   Facsimile: 216.592.5009
  216-622-6718 – Asher   manju.gupta@tuckerellis.com
  216-622-3679 – Johnson   melissa.kelly@tuckerellis.com

216-522-4982 – Fax
Ruchi.Asher@usdoj.gov
Lisa.Hammond.Johnson@usdoj.gov

Attorneys for U.S. Small Business
Administration

Kevin M. Spellacy
LAW OFFICE OF KEVIN SPELLACY
323 West Lakeside Avenue, Ste. 200
Cleveland, OH 44113
Telephone: 216-344-9220
Email: kevin@spellacylaw.com
*Attorneys for Plaintiffs*

2

3

## <u>CERTIFICATE OF SERVICE</u>

The above was filed electronically on March 24, 2026. Service of this filing is made under Fed. R. Civ. P. 5(b)(2)(E) by operation of the Court's electronic filing system upon all counsel of record.

*/s/Manju Gupta*

Manju Gupta (0076452)

*One of the Attorneys for Plaintiff*