UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| W6 RESTAURANT GROUP, LTD, *et al.*, | ) | CASE NO.  1:23-CV-01735 |
| | ) | |
| Plaintiffs, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| | ) | |
| v. | ) | |
| | ) | |
| SMALL BUSINESS ADMINISTRATION, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |

The Court is in receipt of the parties' Joint Motion to Stay.  (Doc. 49.)  In light of the parties' representations that they have reached a tentative agreement to resolve this matter, the docket shall be marked "dismissed without prejudice."  Accordingly, all pending motions are DENIED as moot.

On or before **April 24, 2026**, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this Order.

**IT IS SO ORDERED.**

**Date:**  March 25, 2026

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE