UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN  DIVISION

| | | |
|---|---|---|
| W6 RESTAURANT GROUP, LTD. et al., | ) ) | CASE NO.: 1:23CV1735 |
| | ) | JUDGE BRIDGET M. BRENNAN |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| U.S. SMALL BUSINESS ADMINISTRATION, | ) ) | **JOINT MOTION TO CONTINUE** |
| Defendant. | ) ) | |

The W6 Restaurant Group, Ltd., et al. ("Plaintiffs"), and the United States Small Business

Administration ("Defendant") jointly move the Court to continue the deadline to file a proposed and

executed stipulation and Order of Dismissal with Prejudice. The parties request a continuance of 30

days, from April 24, 2026, until May 26, 2026,[1] because the parties require additional time to

finalize and effectuate a settlement. Once that occurs, the parties will submit a proposed and

executed Stipulation and Order of Dismissal with Prejudice.

Respectfully submitted,


DAVID M. TOEPFER
United States Attorney

By:  */s/ Ruchi V. Asher*                      */s/ Manju Gupta*
     RUCHI V. ASHER (#0090917)        Manju Gupta (0076452)
     LISA HAMMOND JOHNSON       Melissa Z. Kelly (0077441)
     (#0061681)                                  TUCKER ELLIS LLP
     Assistant United States Attorneys    950 Main Avenue—Suite 1100
     United States Court House             Cleveland, OH 44113-7213
     801 West Superior Ave., Suite 400   Telephone: 216.592.5000

---

[1] May 24, 2026 is a Sunday; per Fed. R. Civ. P. 6(a)(1)(C), the next business day is Tuesday, May 26, 2026.

Cleveland, Ohio 44113
216-622-6718 – Asher
216-622-3679 – Johnson
216-522-4982 – Fax
Ruchi.Asher@usdoj.gov
Lisa.Hammond.Johnson@usdoj.gov

 Attorneys for U.S. Small Business
 Administration

Facsimile: 216.592.5009
manju.gupta@tuckerellis.com
melissa.kelly@tuckerellis.com

Kevin M. Spellacy
LAW OFFICE OF KEVIN SPELLACY
323 West Lakeside Avenue, Ste. 200
Cleveland, OH 44113
Telephone: 216-344-9220
Email: kevin@spellacylaw.com
*Attorneys for Plaintiffs*

2