The Court grants the joint motion to continue.
*s/ Bridget Meehan Brennan*
BRIDGET MEEHAN BRENNAN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| W6 RESTAURANT GROUP, LTD. et al., | ) ) | CASE NO.: 1:23CV1735 |
| | ) | |
| | ) | JUDGE BRIDGET M. BRENNAN |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. SMALL BUSINESS | ) | |
| ADMINISTRATION, | ) | **JOINT MOTION TO CONTINUE** |
| | ) | |
| Defendant. | ) | |

The W6 Restaurant Group, Ltd., et al. ("Plaintiffs"), and the United States Small Business Administration ("Defendant") jointly move the Court to continue the deadline to file a proposed and executed stipulation and Order of Dismissal with Prejudice. The parties request a continuance of 30 days, from April 24, 2026, until May 26, 2026,[1] because the parties require additional time to finalize and effectuate a settlement. Once that occurs, the parties will submit a proposed and executed Stipulation and Order of Dismissal with Prejudice.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:  */s/ Ruchi V. Asher*
RUCHI V. ASHER (#0090917)
LISA HAMMOND JOHNSON
(#0061681)
Assistant United States Attorneys
United States Court House
801 West Superior Ave., Suite 400

*/s/ Manju Gupta*
Manju Gupta (0076452)
Melissa Z. Kelly (0077441)
TUCKER ELLIS LLP
950 Main Avenue—Suite 1100
Cleveland, OH 44113-7213
Telephone: 216.592.5000

---

[1] May 24, 2026 is a Sunday; per Fed. R. Civ. P. 6(a)(1)(C), the next business day is Tuesday, May 26, 2026.